No. 92–640. COLORADO TAXPAYERS UNION, INC., ET AL. *v.* ROMER, GOVERNOR OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▬

No. 92–929. METROPOLITAN SCHOOL DISTRICT OF WAYNE TOWNSHIP, MARION COUNTY, INDIANA *v.* DAVILA, ASSISTANT SECRETARY, OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES, UNITED STATES DEPARTMENT OF EDUCATION. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.